NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 18 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| SEQUOIA FORESTKEEPER, | No. 17-17011 |
| Plaintiff-Appellant, | D.C. No. 1:16-cv-00759-AWI-JLT |
| v. | |
| ERIC LA PRICE, in his official capacity as District Ranger for the Western Divide Ranger District of the Sequoia National Forest; et al., | MEMORANDUM* |
| Defendants-Appellees, | |
| SIERRA FOREST PRODUCTS, | |
| Intervenor-Defendant-Appellee. | |

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Argued and Submitted May 15, 2018
San Francisco, California

Before: THOMAS, Chief Judge, FRIEDLAND, Circuit Judge, and ZILLY,**
District Judge.

---

* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

** The Honorable Thomas S. Zilly, United States District Judge for the Western District of Washington, sitting by designation.

Plaintiff-Appellant Sierra ForestKeeper appeals the district court's decision granting summary judgment in favor of Defendants-Appellees Eric La Price, *et al.*, and Intervenor-Defendant-Appellee Sierra Forest Products. Having carefully considered the record, briefs, and oral arguments, we affirm for the reasons given by the district court in its order dated September 15, 2017.

**AFFIRMED.**